# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS  CASE NO. 3:01cr9LAC

VALENTINE RIVERA

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on  May 29, 2007
Motion/Pleadings:  MOTION TO DISMISS INDICTMENT
Filed by  DEFENDANT  on 5/22/2007  Doc.# 179

RESPONSES:
BY GOVERNMENT  on 5/29/07  Doc.# 180
  on  Doc.#
____ Stipulated   ____ Joint Pldg.
____ Unopposed   ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

LC (1 OR 2)

*s/Mary Maloy*
Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 30th day of May, 2007, that:*

*(a) The relief requested is **DENIED**.*

*(b)* _____

s/*L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.